IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

DONALD ROGER BURR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SHERIFF- CAMBO STREATER,
CORONER- KIP KISER, MILLER RIVERS
CAULDER FUNERAL Home director (see attached)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     _N/A DONALD RUGER BURR_

All other names by which you have been known:

_N/A_

ID Number     _6462_

Current Institution     _CHESTERFIELD COUNTY JAIL_

Address     _319 GOODALE ROAD_
_CHESTERFIELD, SOUTH CAROLINA 29709_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     _CAMBO STREATER_

Job or Title (if known)     _SHERIFF - CHESTERFIELD COUNTY, S.C._

Shield Number     _N/A_

Employer     _COUNTY_

Address     _203 WATSON ST,_
_CHESTERFIELD, S.C. 29709_

☐     Individual capacity     ☑     Official capacity

Defendant No. 2

Name     _KIP KISER_

2

Job or Title
(if known)            CORONER

Shield Number         N/A

Employer              SHERIFF DEPT CHESTERFIELD

Address               203 WATSON ST.
                      CHESTERField, S.C. 29709

☐ Individual capacity     ☑ Official capacity

Defendant No. 3

Name                  BRENT TAYLOR

Job or Title          FUNERAL DIRECTOR - MILLER -
(if known)            RIVERS - CAULder FUNERAL HOME

Shield Number

Employer              SelF-emPLOYED

Address               916 EAST MAIN ST.
                      CHESTERField, S.C. 29709

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

Name                  John Lewis

Job or Title          DePUTY SHERIFF
(if known)

Shield Number         N/A

Employer              CHESTERField SHERiFF's DePT.

Address               203 WATSON ST
                      CHESTERField, S.C. 29709

☐ Individual capacity     ☑ Official capacity

## II.     Basis for Jurisdiction

CONTINUED ON DEFendants,
ATTACHED

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

CONTINUED FROM          DEFENDANTS                          (3A)
PAGE (3)               FROM PAGES 1 AND 2

(4)
DEFENDANT Nº (4) - John Lewis - DEPUTY SHERIFF
          IN HIS OFFICIAL CAPACITY 203 WATSON ST.
                              CHESTERFIELD S.C.
                                  29709

(5)
DEFENDANT Nº (5) - SEAN GOPAL - DEPUTY SHERIFF
     IN HIS OFFICIAL CAPACITY          203 WATSON ST.
                              CHESTERFIELD, S.C. 29709

(6)
DEFENDANT Nº (6) - MICHAEL IRVIN - DEPUTY SHERIFF
     IN HIS OFFICIAL CAPACITY          203 WATSON ST.
                              CHESTERFIELD, S.C. 29709

(7)
DEFENDANT Nº (7) - PROBATE JUDGE INGRAM
IN HER OFFICIAL CAPACITY     200 WEST MAIN ST. 2nd FLOOR
                       CHESTERFIELD COUNTY COURTHOUSE
                       CHESTERFIELD, S.C. 29709

(8)
DEFENDANT Nº. 8 - MAGISTRATE JUDGE John A. DAVIS JR.
 IN HIS OFFICIAL CAPACITY         200 WEST MAIN ST. ANNEX BUILDING
                       CHESTERFIELD, S.C. 29709
DEFENDANT Nº 9      *SHE AT THIS COUNTY JAIL 9AM - 5PM*
                    NURSE PAM (AT JAIL) REFUSES TO GIVE
LAST NAME.   319 GOODALE Road, CHESTERFIELD S.C. 29709

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST, 4TH, 5TH, 6TH, 8TH AND 14TH (DUE PROCESS

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED PAGES FOR VIOLATIONS bY DEFENDANTS

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

Defendant number one:

Sheriff Cambo Streater has continuously retaliated against Plaintiff by refusing to allow him to file a complaint against the Sheriff's Dept or any of his subordinates.

He confiscated Plaintiff's wife's remains from the funeral home after her passing. Him, his coroner in with the funeral home took her out of the casket, and cremated her and give her remains to the county attorney, and still now holds them, with absolutely no notice to Plaintiffs family, Plaintiff cannot even begin to tell this court what that did to him, their (5) daughters and (7) grandkids. Since 2022, when Plaintiff was pulled over in Pogeland, S.C. in the county of Chesterfield, with which Sheriff Streater controls and accused Plaintiff of D.U.I, Plaintiff clearly passed, field test, breathe eliser test in flyin colors, released Plaintiff 30 mins later at jail, but kept his wife's restored 1994 Chevy Silverado, that Plaintiff gave her. Plaintiff's wife is a U.S. Army Honorable service-connected veteran, when Plaintiff went an complained about the above, this last time, Sheriff Streater had his subordinates, John Lewis, Sean Gopal and Micheal Irvin, bust in his door on 4-17-25 with no warrants, snatched Plaintiff out of bed and stomp and kick Plaintiff at 7am in the morning accussing Plaintiff of being a Big-Time drug dealer, still don't have no search warrant,

AND HAD PLAINTIFF PUT IN JAIL, THEN THEY SEARCHED BOTH HIS RESIDENCE AND HIS TRUCK, LEFT THE TRUCK UNLOCKED, AND IT WAS STOLEN A week Later, SHERIFF STREETER CONTROLS ALL ASPECTS OF THE JAIL.

PLAINTIFF WAS SO BAD BEATEN AT JAIL, HE COULDN'T EVEN BE FINGER PRINTED, PLAINTIFF WAS REFUSED MEDICAL CARE, AND WAS BLEEDING INSIDE INTERNALLY, AND HIS LEFT ARM COULDN'T BE MOVED WHERE HE TRIED TO PROTECT HIMSELF FROM BEING KICKED WITH THOSE SWAT TEAM BOOTS. PETITIONER COULDN'T EVEN AND DIDN'T GET MEDICAL CARE UNTIL MAY 2025 AND WAS IN HORRIFIC CONDITION, EVERY GUARD AT THE JAIL SEEN THIS, COULDN'T BELIEVE IT,

THIS SHERIFF REFUSES ANY CHURCH, NO OUTSIDE EXERCISE, PLAINTIFF IS A DIABETIC, AND UNTIL THIS VERY DAY, THE NURSE HER HAS ONLY CHECKED HIS GLUCOSE (SUGAR) (1) TIME, THIS JAIL IS UNFIT TO HOUSE ANYONE (OLD SECTION), IT STAYS OVERCROWDED, IT'S CAPACITY IS AROUND 80 BUT THE SHERIFF WITH HELP FROM THE MAGISTRATE KEEPS IT ABOUT 160, UNTIL PLAINTIFF NOTIFIED THE S.C. DEPT OF CORRECTIONS WHO TOLD THEM, TO FIX IT. SHERIFF USES THIS OVERCROWDING TO EXTORT MONY FOR THE NUMBER OF INMATES HOUSED. THEIR IS NO CLASSIFICATION, FIGHTS EVERYWHERE AND THEY JUST MOVE THEM BACK AROUND AND AROUND, I WAS JUMPED FROM BEHIND WHILE TRYING TO WRITE TO THIS U.S. DISTRICT COURT. I HAD TO PROMISE TO PAY FOR MY MEDICAL CARE WITH MY SOCIAL SECURITY, MEDICARE AND MEDICAID, THAT'S THE ONLY WAY THEY WOULD CARRY ME, THEN BECAUSE THEY

4(c)

HAVE A CONTRACT WITH CARESOUTH medical Here IN Chesterfield, AND THE HOSPITAL (McCleod) IN CHERAW, IN THIS COUNTY, THEY CARRIED me all THE WAY To CARESOUTH IN DARLINGTON COUNTY, And THEN THE Doctor ordered ULTRASOUNDS, MRIS AND X-RAYS, THEY CARRIED me To CAROLINA PINES HOSPITAL To HAVE THEM done IN HARTSVILLE, DARLINGTON COUNTY, because IF THEY would HAVE CARRIED me Here To THERE (2) THEY would HAVE AUTOMATICALLY CHARGED CHESTERFIELD COUNTY, IT TOTALED 10's of THOUSANDS OF Dollars, AND IT WAS THEIR FAULT. THIS SHERIFF HAS EVERYONE SCARED OF HIM, THERE'S mold + mildew All over THE WALLS, FLOORS, LAYER'S And LAYERS of Lead And LATEX PAINT where THE mold + mildew keep Bleeding THRU, People sleeping all over THE FLOORS, AIR vents Clogged And RusTed, THEY GIVE US WATER IN 5-GALLON IGLOOS, because of ALL THE CORROSION on THE FAUCETS, NO FIRE SPRINKLER SYSTEM, NO FIRE EXITS, IT IS A disaster, IF THERE'S A FIRE, People Going To DIE, AND LAST month, A GUY GOT AN AUTOMATIC HANGUN, LOADED IN HERE THUR both THE CHERAW POLICE DEPT AND SHERIFF'S DEPT IN Here WHERE I'm AT. I been TRYING TO GO To mental HEALTH SINCE I been Here, IT's 5 MINS AWAY, THEY Refused me. THE AIR vents ARE CLOGGED, THEY CANT EVEN Feed US RIGHT, (1) CHANGE OF CLOTHES Per week OR LONGER, NO UNDERGARMENTS, AND THE (2) MAGISTRATES, John DAVIS And melTON, THEY SET CASH Bonds, Ridiculous $10,000.00 To Hundreds OF THOUSANDS OF DOLLARS, KNOWING THE ELDER ones EITHER

4 (d)

on DISABILITY OR SOCIAL SECURITY, THEY don't SET Bonds BASED ON ANY KINDS OF SET STANDARDS, THEY KNOW THE PERSON IS NO THREAT, NO THEY LIVE HERE All THEIR LIFE, EXAMPLE, I'm 66 YEARS old, been disabled FOR 10 YEARS, DETERMINED bY A FEDERAL COURT, NEVER been aN ANY PAROLES OR PROBATIONS, NEVER missed ANY COURT DATE OF ANY KIND, Don't owe ANYBODY, AND THE SHERIFF HAD HIM PUT ME UNDER A $40,000.00 CASH Bond, I've NEVER HAD NOTHING buT A P.R. Bond, it's "RETALIATION", SHERIFF doesn't WANT ME OUT, THERE'S NO Bond ORDER, THE CLERK Told ME THAT, SO Technically I don't HAVE A bond, Been HERE ABOUT 6 MONTHS AN HAVEN'T HAD NO COURT APPEARANCE OR ANYTHING, AND HAVEN'T TO LIVE IN THIS DUNGEON. THE SHERIFF, CORONER, MAGISTRATE AND PROBATE Judge ARE TOGETHER, THIS CAN ONLY be done bY THEIR LITTLE "CIRCLE" it's THE WAY IT IS HERE, But I WANT MY WIFE'S REMAINS SO I CAN CARRY HER back HOME TO MISSISSIPPI, TO be BURIED IN THE MEMORIAL, WITH HER BROTHERS WHO SERVED, BUT THE SHERIFF AND CORONER, WITH HELP FROM MAGISTRATE DAVIS (KEEP ME INCARCERATED) AND PROBATE Judge INGRAM (REFUSES TO GIVE ME MY DOCUMENTS FOR MY WIFE'S "PERSONAL REPRESENTATIVE), MEANWHILE, I won't be ABLE TO COMPLAIN, AND THEY CAN COLLECT THE CAPITOL CREDITS (MONEY) FROM THE UTILITIES, OR HER PART FOR THEMSELVES, I KID YOU NOT, I WANT

(4 E)

my wife's remains back, she's a hero of this country, she wanted this, He has absolutely no right and has caused this family irreparable damage, and wounds that will never heal. They have no indigent system, and Plaintiff can prove they tampered (real) Personal mail. Defendant No 2 - Kip Kiser - conspired with sheriff Cambo Streater to damage Plaintiff. Without sheriff Cambo Streater directing his play could have made different decisions, but chose by color of his position to go along with sheriff. Plaintiff has documentation to show this court, the time table and pattern of events that led to this atracity, told (5) Funeral Home in Mississippi Plaintiff couldn't pay.

Defendant No 3 - Brent Taylor - conspired with Defendants (1) and (2) to turn Plaintiff's wife's remains over with no notice, after verbal agreement, who breached agreement when coroner convinced him that Plaintiff wouldn't pay. Plaintiff's wife had already been embalmed, dressed, placed in casket, and when Plaintiff came to sign written agreement, had other workers lead Plaintiff astray, he was so shamed. He has to work with coroner and that could have cost him alot of business. Would not return calls and told his employees to tell Plaintiff, he wasn't there, He also gave Plaintiff's personal information out. I have the proof,

(4 F)

DEFENDANT № 4 - DEPUTY John Lewis,
OPERATED AN ILLEGAL SEARCH ON PLAINTIFF'S Residence
WITHOUT A LEGAL SEARCH WARRANT, ACTUALLY NO
WARRANT, STILL NO LEGAL SEARCH WARRANT, SEARCH
WARRANT, GIVEN TO PLAINTIFF, 4 HOURS AFTER HE WAS
IN JAIL, HAS NO SEAL, NO date, NO Time, PLAINTIFF
AND JAIL GUARDS VISUALLY SAW DAVIS SIGNED A
PAPER 4 HOURS LATER, LEWIS AFTER ILLEGALLY SEARCH
WITHOUT PLAINTIFF PRESENT HAD AN ILLEGAL AFFADIVTE
WHICH, DEPUTIES CARRIED PLAINTIFF STRAIGHT OUT OF HOUSE
AFTER BEATING, PLACE CUFFS ON HIM, MEANWHILE PLAINTIFF
WAS ASKING "WHERES YOUR WARRANTS", LEWIS TYPED
EVERYTHING UP AFTER SEARCH, THAT'S WHY HE didN'T
GET TO THE JAIL UNTIL (10:45 AM TO 11 AM), He
did THIS AT direction oF SHERIFF, THIS HAPPEN
AFTER Judge melton dismissed CHARGES AGAINST
PLAINTIFF FOR CUSSING OUT SHERIFF ON TelePHONE FOR
CONFISCATING HIS wife FROM FUNERAL Home, Judge
melton TORE UP WARRANT FOR "misuse oF Telephone"
ORCHESTRAed BEATING oF PLAINTIFF.
DEFENDANT № 5, SEE DEFENDANT № 4 SUMMARY
DEFENDANT NO 6 SEE DEFENDANT № 4 SUMMARY
    DEFENDANT NO (5) CONTINUALLY HARASSED
PLAINTIFF bY DRIVING BACK and FORTH, by HIS
Residence, STALKING PLAINTIFF, AND THEN SENT
PERSON THAT WAS BARRED FROM PLAINTIFF Residence

(4 G)

BY THE SAME DEPUTY, SEAN GOFORTH 1½
YEARS EARLIER, TRIED TO SET PLAINTIFF UP,
PLAN BACKFIRED ON OFFICER GOPAL, WHICH IS WHAT
LED TO BUSTING IN PLAINTIFF'S RESIDENCE ILLEGALLY
TO TRY AN GET SOMETHING ON PLAINTIFF LEGALLY, AND
PLAINTIFF HAS NUMEROUS WITNESSES AFFIDAVITES TO
SHOW PATTEANS OF THIS AND NO ONLY AGAINST HIM,
INVOLVING THE SAME PERSONS.

DEFENDANT N⁰ 6  SEE DEFENDANTS 5 + 6 SUMMARY
DEFENDANT N⁰ 6, DEFENDANT N⁰ 6 HAS BEEN FIRED
BY PREVIOUS SHERIFF'S, THIS SHERIFF, IF IT GOES
ILLEGAL OR DEAD WRONG IN THIS COUNTY, THIS
DEPUTY MICHAEL IRWIN IS DEAD IN THE MIDDLE,
HE CONSPIRED TO ASSIST WITH DEFENDANT 4 & 5,
HE WAS MADE POLICE CHIEF IN MCBEE, S.C BY
THE CHESTERFIELD COUNTY SHERIFF, CAMBO STREATER,
ABOUT 2 YEARS AGO, THEN A MURDER HAPPENED, AN
OFFICER GOT SHOT, AMONG OTHER THINGS, I EVEN HAVE
VIDEO OF HIM THREATENING THIS GIRL TO HELP HIM
SET SOMEONE UP (BRITTANY GAINEY).

DEFENDANT N⁰ 7 PROBATE JUDGE INGRAM, SHE
REFUSED TO GIVE PLAINTIFF HIS WIFE'S PERSONAL
REPRESENTATIVE, BECAUSE WHOEVER HAS THAT, HAS
CONTROL OVER HER PART OF OUR FINANCES, SUCH
AS CAPITOL CREDITS, LIFE INSURANCE ETC, INSTEAD
SHE WOULD NOT GIVE IT TO ME, BUT TO THEM

(4 H)

KNOWING IT'S VALUE, AGAIN, CONSPIRING WITH THE OTHER defendants, YOU CAN'T make THIS UP, THEY ARE USING DEFENDANT N° 8 TO keep PLANTIFF OUT OF THE Picture. IT TOOK over A MONTH FOR PLANTIFF TO CHASE DOWN WIFE's Death certificate, WHICH IS THE OTHER PART, THEY Been doing THIS FOR Some Time, I KNOW THEY ARE, I JUST WANT TO make iT TO THIS COURT TO SHOW THE JUDGE iT IS REAL.

DEFENDANT N° 8 MAGISTRATE Judge John A. Davis JR. Helps ORCHSTRATE THE SENARIO by setting PLANTIFF's BAIL So Ridiculously HIGH & Excessive, designed To Hold HIM INCARCERATED, KNOWING PLANTIFF IS on Social SECURITY, ALSO WHO HAS Never, ever GIVE PLANTIFF NOTHING BUT A P.R. Bond, KNOWS PLANTIFF AND PLANTIFF's Family, WHO didn'T EVEN FILE A Required Bond ORDER IN THIS ILLEGAL INCARSERATION, PLANTIFF IS 66, disabled, KNEW Judge DAVIS when He WAS A Small CHILD, FLAT LIED, HAS FAILED TO Follow OPERATION OF LAW WITH PLANTIFFS WRIT OF HABEAS CORPUS, WRIT OF mandamus, Refused TO ALLOW PLANTIFF To File Small claims SUIT AGAINST DePUTIES CONCERNING HIS veHicle THEY LEFT UNLOCKED, THAT WAS STOLEN, THEN BROUGHT PLAINTIFF TO CIVIL COURT ON June 5th 2025, TRIED TO CHARGE HIM over $3,000.00 FOR keeping HIS dogs DePUTIES ConFiscated WITH NO NOTICE, TO PLAINTIFF OR HIS ATTORNEY, ALSO by PARADING HIM

(4 I)

IN FRONT OF OPEN CRIMINAL COURT IN SESSION IN LEG IRONS, AND CHAINS SO THAT EVERONE THAT KNOWS PLAINTIFF, TO SEE HIM IN THAT CONDITION, JUDGE HAD TO STOP COURT, THEN THROUGH THE LOBBY, MAKING SURE EVERYONE SEEN PLAINTIFF, WHICH OBVIOUSLY AFFECTS PLAINTIFF GETTING A FAIR TRIAL FOR THESE FAKE CRIMINAL CHARGES, NOT TO MENTION PUT HIM ON Facebook AND T.V.

DEFENDANT Nº 9 - NURSE Pam (AT JAIL) REFUSES TO GIVE LAST NAME

NURSE Pam REFUSES TO GIVE HER LAST NAME, SHE HAS DENIED PLAINTIFF MEDICAL CARE, MENTAL HEALTH, MEDICATION, SOMEHOW GOT ACCESS TO PLAINTIFF'S MEDICAL RECORDS (VIOLATING HIPPA LAW), ADMITS TO OPENING AND READING PLAINTIFF'S LEGAL MAIL, AND WHEN ASK BY PLAINTIFF "HOW DO YOU KNOW WHATS IN MY LEGAL MAIL", SHE REPLIED IN FRONT OF 20 PEOPLE, "QUOTE, I READ ALL OF YOUR MAIL, THEY LET ME, AND IT WOULD HELP YOU GETT MEDICAL CARE FASTER, IF YOU QUIT WRITING AND COMPLAINING ABOUT EVERYTHING TO EVERYONE" (UNQUOTE). I HAD TO BEG HER TO GO TO THE DOCTOR FOR 4 WEEKS, EVEN THE OTHER PRETRIAL DETAINEE'S WAS YELLING AT HER, I ALMOST BLED TO DEATH, WON'T NEVER BE ABLE TO DO NUMBER (2) RIGHT AGAIN AND STILL HAVEN'T HAD MY LEFT ARM X-RAYED.

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

From 2022 until 4-17-25

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Inside Chesterfield County Jail from 4-17-25 until Present Day

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Times variate but from 2022 until Present Day

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached pages under "Summary of Facts"

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ON NOV. 18th 2022, I SUSTAINED INJURIES ON A FALSE ARREST when OFFICER JUSTIN SIGMON, PAGELAND POLICE DEPT TWISTED MY ARM, THE PAGELAND Police DEPT is RULED by SHERIFF CAMBO STREATER, I LATER IN JANUARY HAD TO HAVE SURGERY, THEN ON 4-17-2025, WHEN SWAT Team SHOWED UP AT 7AM, CUT MY POWER OFF, HAD NO WARRANTS, BUSTED IN MY DOOR WITH NO WARNING AND KICKED AND STOMPED ME, Took me To JAIL, Refused me MEDICAL FOR 4 WEEKS, BLEEDING INSIDE, MADE me PAY!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SHERIFF Cambo STREATER HAS CONSTANTLY RETALIATED AGAINST me, AND STILL To THIS DAY Refuses To ALLOW me To File A COMPLAINT AGAINST ANYTHING AND HAS me HARASSED EVERYTIME I TRY To, HAS MY deceased WIFE'S Remains, 1 MILLION Dollars AND PUNITIVE damages decided BY THIS HONORABLE COURT OR BY A JURY, I WANT HER BACK!

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CHESTERFIeld COUNTY JAIL

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No  STEP 1 ONLY

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

IT HAS A KIOSH WHICH THEY VERY seldom Respond To, THEY Have A medical buT iT iN NO WAY AMOUNTS To wHAT THE SupremeCourTs Require

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

ON THIS KIOSH, AND WITH ALL THE STATE COURTS, MAGISTRATES, AND EVERY STATE AGENCY AND FEDERAL AGENCY FROM THE U.S. PRESIDENT TO THE BOTH ATTY GENERALS D-HEL - OSHA Homeland Security, Federal Bureau of PRISONS, S.C. DEPT CORRECTIONS

2. What did you claim in your grievance?

EVERYTHING AND MORE THAN (1) Time To EVERYbody

3. What was the result, if any?

THE S.C. DEPT of CORRECTIONS CAME HERE AND WERE APPALLED AT THE OVERCROWDING, HOW dirty AND NASTY WAS Found mold mildew, AND NO medical AND PUT NURSE ON PRObATION 90 days, FOR DENYING medical care, medication -Doctors

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

THERE IS NO STEP 2, I JUST KEPT FILING some COMPLAINTS HAVE been SITTING THERE THAT I Filed BACK IN JULY, RIGHT NOW ON 9-20-2025

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



I Filed a GRIEVANCE COMPLAINT wIITH EVERY body IN THE U.S. and SOUTH CAROLINA THAT I FELT Could Help, beFore I bled To death.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _Oswald Burr_____

Defendant(s)  _Grand Prairie Police Dept, in Texas_

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_Federal court - over 20 years ago_

3.  Docket or index number

_N/A_

4.  Name of Judge assigned to your case

_N/A_

5.  Approximate date of filing lawsuit

_July 2005_

6.  Is the case still pending?

☐  Yes

☑  No

If no, give the approximate date of disposition.  _I THINK 2007_

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

THEY Gave me AN ATTORNEY, bUT I GoT IN A ReAL BAd CARWRock ANO mY LAWYER ON THE ACCident SenT A Letter ABout mY BRain inTURY, but THEY dismissed it

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Sept 20th*, 20 *25*

Signature of Plaintiff    *Donald R. Burr*
Printed Name of Plaintiff    *DONALD ROGER BURR*
Prison Identification #    *6462*
Prison Address    *319 GoodALE Road CHesTeeField S.C.*
*CHesTeeField    SouTH CAROLINA    29709*
City                State                Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

12

Address _____

Telephone Number _____

E-mail Address _____

TO THE Honorable MAGISTRATE Judge or Judge

MY WIFE'S DEATH WAS TOTALLY UNEXPECTED I WANTED HER ALONE. EVERYTHING I HAVE TOLD YOU IN HERE IS TRUE, I WANT MY WIFE'S REMAINS BACK, FIRST AND FOREMOST, SHE NEEDS TO BE BURIED WITH HER BROTHERS IN BELOXI, MISS. MEMORIAL, WHO ACCEPTED HER ON 1-27-25, (1) DAY AFTER HER PASSING, I ARGUED TO THESE People SHE WAS PROPERTY OF Federal JURISDICTION but EVERY TIME (5) TIMES, I SPOKE WITH 5 diFFERENT FUNERAL HOMES IN MISS, WHEN THEY CALLED THE CORONER KIP KISER, THEY would CALL me back AND Tell me THAT NOW THEY HAD TO HAVE THE ENTIRE 3,000 OR 3,500 UP FRONT, THEY SAID KIP KISER WAS TELLING THEM I WOULDN'T PAY, He did THAT WEN THEY called To ARRANGE TRANSPORT To MISS, THAT'S CAUSE THE LIFE INSURANCE WAS entitled To do THEIR OWN INVESTIGATION because MY WIFE WAS GIVING THE WRONG medication WHICH WAS Responsible FoR Her death, THAT WASN'T MY FAULT, but NOW, THE LIFE INSURANCE PAY'S more FOR ACCIDENTAL AND THEY SEIZED HER FOR MONEY PURPOSES! SIR.

WE NEVER GETTING OVER THIS SHIT, I NEED TO SEE MEDICAL AGAIN, I'M ALIVE TO, WHAT ABOUT ___
THEY SHOULD RELEASE EVERYONE OF US IN B-WORK CAMP AND ___ THE CHARGES, MY VETERAN WIFE JUST MELT ON 1-26-25

* ASK ___ M___ EN
(He COULD HAVE GOT SHOT KILLED,)

RE: COMPLAINT - CHESTERFIELD COUNTY SHERIFF AND JAIL, THIS SHERIFF COULD HAVE CAUSED A MAJOR DISASTER, HE HAS NO POLICIES OR PROCEDURES, HE NEEDS TO BE FIRED OR SUSPENDED NO CHURCH IN YEARS (READ BELOW) NO (1) HOUR EXERCISE

DEAR; TO WHOM IT MAY CONCERN;

→ THIS COMPLAINT IS REAL, THERE'S NOTHING MALICIOUS, REVENGEFUL OR INTENDED TO MEAN ANYTHING OTHER THAN THE TRUTH. I'VE WROTE MANY STATE AND FEDERAL AGENCIES, EVEN MAIN STREAM MEDIA, THIS HAS TO BE ADDRESSED NOW, THIS OLD JAIL, IT'S WAY PAST CONDEMNED, THIS SHERIFF CAMBO STREATER DOES NOT KNOW HOW TO RUN A COUNTY SHERIFF'S OFFICE, IT'S PATHETIC, HE'S OVERCROWDING THIS JAIL AND IT LEADS TO EVERY PROBLEM YOU WOULDN'T WANT INSTEAD. HE'S PURPOSELY OVERCROWDING IT TO EXTORT MONIES FROM THE FEDERAL GOVT, STATE, AND TAX PAYERS, THIS JAIL ONLY HOUSES ABOUT 85, HE KEEPS IT STOCKPILED ABOUT 160, THE (2) MAGISTRATES PLACE BONDS ON PRE-TRIAL DETAINEE'S LIKE MYSELF, THAT THEY KNOW THEY CAN'T AFFORD, THERE'S MANY PRE-TRIAL PERSONS THAT ARE HERE, 50 YEARS OLD TO 70 YEAR OLD'S WITH SERIOUS MEDICAL ISSUES, THEY HAVE (1) NURSE (WORKS 8 HRS A DAY, NO MEDICAL EQUIPMENT, NO DOCTOR ON CALL, NO DENTIST, ONLY (1) CHANGE OF CLOTHS PER WEEK, SHORTAGE OF FOOD, AND YOU SHOULD SEE THE MOLD & MILDEW COMING THRU 8-10 LAYERS OF PAINT, LEAD TO MATCH, RUSTY VENTS, PEOPLE SLEEPING ALL OVER THE FLOORS, DRAINS BUSTED AND CORRODED, THEY HAVE TO BRING WATER TO DRINK IN 5 GAL. IGLOO COOLERS, ___ NOT, PLEASE COME SEE, THE AIR VENTS ARE CORRODED (INCOMING AND ___ STOPPED UP, NO SPRINKLER SYSTEMS AND THEY HAVE THE OLD IRON ___ DOORS THAT SLIDE WITH THE LARGE KEY, OLD EXPOSED FAULTY WIRING, VERY ___ FIRE EXTINGUISHER (HAND HELD) NO FIRE EXITS, ONLY (1) WAY OUT, IF THEY HAVE A FIRE, PEOPLE GOING TO DIE, PAY ATTENTION, THE LATEST NEWS 4 OR 5 DAYS AGO, A MALE GUARD EXPOSED HIMSELF TO THE FEMALE INMATES AND WANTED THEM TO RETURN THE FAVOR FOR EXTRA BOLOGNA, AND THEY WEREN'T GOING TO SAY NOTHING BUT ___ WITH THE GIRLS FAMILY WASN'T GOING FOR IT. THEN 4 DAYS AGO A YOUNG 18 YR OLD, WAS ARRESED IN CITY OF CHERAW AND MANAGED TO GET A LOADED 19-11 FULLY AUTOMATIC, IT'S BASICALLY A 45 CALIBER, INTO THE JAIL IN CHERAW, BY PATHETIC SEARCH PROCEDURES, UNDERSTAFFED SEVERELY (1)
BUGS & SPIDERS (NO CHURCH PERIOD! NO EXERCISE (PERIOD)

He got it in the jail for 2 days, even went in front of the city magistrate with it, then received 5 days in county jail there, and managed to get it by the search by the county sheriff transport officer, into the Chesterfield county jail, Here, managed to by pass a search here, Hide it somehow as he was put into a new stonelup x-rays, and into this Pod (B-workcamp) where he had it for (2) days, loaded and cocked, He needs mental health He could have killed us all and numerous officers, Hell, we just accused of a crime, ain't been to court, Do you even know how many shells a 19-11 (45 auto) carries in a magazine, enough, it would have been a "CAKEWALK MASSACRE", ALL because THIS sorry excuse for a SHERIFF HAS NO POLICIES, HAS NO procedures, And Don't know what the Hell He's doing, All He cares about is extorting monies So He can Run His campaign FOR Re-election THIS year, He's screwed us so many times, He's Having To Hire Back deputies That a PREVIOUS SHERIFF (SAM Parker) Hid, THE same SAM Parker who was fired and went to prison, And by doing that, You got the same problems, And the SHERIFF Says" quote (I know People in S.L.E.D.) THEN SLED SHould be investigated, Chesterfield County deserves better than THIS crap, THE Dept of corrections came here (all them) And their inspectors couldn't believe it, THEY Have this (1) Nurse Paul on 90 days probation right now, The sheriff was given 2 million+ dollars 2 or 3 years ago to build a new jail, but He chose to buy all new vehicles (AGAIN) Instead, other Federal and state agencies have came and warned Him to shut this Down, instead His Dumbass could have got alot of people murdered, and If Nothing's done about this, Then Yall just condoning His Pathetic Self. It's Time For Help and CHange!

(2)        SINCERELY Donald R. Dunn