Donald R. Burr
Chesterfield County Jail
319 Goodale Road
Chesterfield, S.C. 29709

RECEIVED
USDC CLERK, COLUMBIA, SC
2025 SEP 25 PM 12: 15




LEGAL
MAIL

LEGAL MAIL

LEGAL MAIL

Honorable Clerk:
U.S. District Court
District of South Carolina
901 Richland Street
Columbia, South Carolina
29201

LEGAL MAIL